173 A.3d 154

**MCIVER, Cornelius John**

v.

**STATE of Maryland**

**Pet. Docket No. 233, Sept.Term, 2017**

Court of Appeals of Maryland.

November 3, 2017

(No. 129971C, Circuit Court for Montgomery County.) Transferred to the regular docket as No. 58, Sept.Term, 2017.

Petition for writ of certiorari granted

173 A.3d 154

**OTTO, Albert**

v.

**STATE of Maryland**

**Pet. Docket No. 280, Sept. Term, 2017**

Court of Appeals of Maryland.

November 3, 2017

Opinion of the Court of Special Appeals unreported (No. 2758, Sept.Term, 2015). Transferred to the regular docket as No. 60, Sept.Term, 2017.

Petition for writ of certiorari granted